**Slip Op. 06-45**
**United States Court of International Trade**

| | |
|---|---|
| NANCY EBERT,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES SECRETARY OF AGRICULTURE,<br><br>   Defendant. | Before: Pogue, Judge<br>Court No. 05-00297 |

## ORDER AND JUDGMENT

On January 17, 2006, this court issued an Order to Show Cause why the captioned case should not be dismissed for want of prosecution. The court established February 10, 2006 as the deadline for Plaintiff to establish such good cause for why this action should not be dismissed. Having received no showing of good cause by the Plaintiff, it is hereby

**ORDERED** that Plaintiff's complaint be, and hereby is, dismissed with prejudice.

       /S/  Donald C Pogue
           Judge

Dated:  April 5, 2006
     New York, New York